# EXHIBIT C

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| BLUESTONE ENERGY SALES CORPORATION, A&G COAL CORPORATION, TAMS MANAGEMENT, INC., DYNAMIC ENERGY, INC., KENTUCKY FUEL CORPORATION, INC., and NINE MILE MINING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF NORTH CAROLINA and PINNACLE BANK,<br><br>Defendants. | Civil Case No. CL170001418-00 |

## NOTICE OF FILING A NOTICE OF REMOVAL

Defendants Pinnacle Bank and Bank of North Carolina hereby give notice that they have filed a Notice of Removal of this case in the United States District Court for the Western District of Virginia. A copy of the Notice of Removal filed in the United States District Court for the Western District of Virginia is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Filing a Notice of Removal "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

Dated: August 3, 2017

/s/Edward J. Fuhr
Edward J. Fuhr (VSB # 28082)
efuhr@hunton.com
Eric H. Feiler (VSB # 44048)
efeiler@hunton.com
Johnathon E. Schronce (VSB # 80903)
jschronce@hunton.com
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Email:     efuhr@hunton.com
           efeiler@hunton.com
           jschronce@hunton.com
Telephone: 804-788-8200
Facsimile: 804-788-8218

*Counsel for Defendants*
*Pinnacle Bank and Bank of North Carolina*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2017, a true and correct copy of the foregoing NOTICE OF FILING A NOTICE OF REMOVAL was filed via hand delivery to the Circuit Court for the City of Roanoke and service was sent via email and overnight courier, to the following counsel of record for Plaintiffs:

Aaron B. Houchens
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Highway
Moneta, Virginia 24121
Telephone: 570-721-6028
Facsimile: 570-721-6405
ahouchens@shg-law.com

*Counsel for Plaintiffs*

/s/ Johnathon E. Schronce
Edward J. Fuhr (VSB # 28082)
efuhr@hunton.com
Eric H. Feiler (VSB # 44048)
efeiler@hunton.com
Johnathon E. Schronce (VSB # 80903)
jschronce@hunton.com
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Email:    efuhr@hunton.com
          efeiler@hunton.com
          jschronce@hunton.com
Telephone: 804-788-8200
Facsimile: 804-788-8218

*Counsel for Defendants*
*Pinnacle Bank and Bank of North Carolina*

3