# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BLUESTONE ENERGY SALES CORPORATION, A&G COAL CORPORATION, TAMS MANAGEMENT, INC., DYNAMIC ENERGY, INC., KENTUCKY FUEL CORPORATION, INC., and NINE MILE MINING, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| BANK OF NORTH CAROLINA and PINNACLE BANK, | )<br>) |
| Defendants. | ) |

Civil Case No. 7:17CV365

## DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants move to consolidate this action into a related interpleader action filed in this Court, captioned *Pinnacle Bank v. Bluestone Energy Sales Corp. et al*, No. 7:17-cv-00395-GEC (the "Interpleader Action"). In the Interpleader Action, Pinnacle Bank asks the Court to determine the rights to the same funds at issue in the instant action. Plaintiffs seeks substantially the same relief in this action. Defendants have consulted with Plaintiffs, and Plaintiffs do not oppose this motion. Further grounds for this motion are set forth in Defendants' accompanying memorandum of law.

1

Dated:  August 22, 2017

                              Respectfully Submitted,

                          By:  /s/ Edward J. Fuhr
                               HUNTON & WILLIAMS LLP
                               Edward J. Fuhr (VSB # 28082)
                               efuhr@hunton.com
                               Eric H. Feiler (VSB # 44048)
                               efeiler@hunton.com
                               Johnathon E. Schronce (VSB #80903)
                               jschronce@hunton.com
                               Riverfront Plaza, East Tower
                               951 East Byrd Street
                               Richmond, Virginia  23219
                               Telephone:  (804) 788-8200
                               Facsimile:  (804) 788-8218

                               *Attorneys for Defendants*
                               *Pinnacle Bank and Bank of North Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and service will be sent via electronic means by the Court's NEF system as well as via email to the following:

Aaron B. Houchens
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Highway
Moneta, Virginia 24121
Telephone: 570-721-6028
Facsimile: 570-721-6405
ahouchens@shg-law.com
*Counsel for Plaintiffs*

/s/ Johnathon E. Schronce
Edward J. Fuhr (VSB #28082)
Eric H. Feiler (VSB # 44048)
Johnathon E. Schronce (VSB #80903)
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
efeiler@hunton.com
jschronce@hunton.com

*Attorneys for Defendants*
*Pinnacle Bank and Bank of North Carolina*