CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 9 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BLUESTONE ENERGY SALES )
CORPORATION, A&G COAL )
CORPORATION, TAMS MANAGEMENT, )
INC., DYNAMIC ENERGY, INC., )
KENTUCKY FUEL CORPORATION, INC., ) Civil Case No. 7:17CV365
and NINE MILE MINING, INC., )
)
          Plaintiffs, )
)
v. )
)
BANK OF NORTH CAROLINA and )
PINNACLE BANK, )
)
          Defendants. )

## ORDER CONSOLIDATING CASES

THIS MATTER is before the Court on the Motion to Consolidate filed by Defendants Pinnacle Bank and Bank of North Carolina pursuant to Federal Rule of Civil Procedure 42. Because the Motion is unopposed, the cases involve substantially similar questions of law and fact, and for good cause shown, the Motion is GRANTED.

For administrative purposes, Civil Action No. 7:17CV365 and Civil Action No. 7:17CV395 are hereby CONSOLIDATED and MERGED. The parties are DIRECTED to file all future submissions ONLY under Civil Action No. 7:17CV395.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

ENTERED this 29th day of August, 2017.

                                      /s/ Glen Conrad
                                  United States District Judge