CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2018

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

PINNACLE BANK, )
)
    Plaintiff, )
)
v. ) Civil Case No. 7:17CV395
)
BLUESTONE ENERGY SALES )
CORPORATION, A&G COAL )
CORPORATION, DYNAMIC ENERGY, INC., )
JUSTICE MANAGEMENT SERVICES, LLC, )
KENTUCKY FUEL CORPORATION, NINE )
MILE MINING, INC., TAMS MANAGEMENT, )
INC., and the UNITED STATES OF )
AMERICA, )
)
    Defendants. )

## CONSENT ORDER GRANTING SUMMARY JUDGMENT

This matter is before the Court on the Motion for Summary Judgment of Plaintiff Pinnacle Bank ("Pinnacle"). Having considered the motion and the entire record herein, and with due notice having been given, the Court hereby GRANTS the motion. It is hereby:

ORDERED that the Clerk of the Court shall accept the sum of $1,403,607.47 from Pinnacle (the "Disputed Funds") and deposit said funds in a non-interest-bearing account;

ORDERED that the Disputed Funds shall remain on deposit until further order of the Court;

ORDERED that Pinnacle is hereby DISMISSED from this action, but such dismissal shall not affect or preclude Pinnacle's rights to move for recovery of its attorneys' fees from the non-governmental defendants, or the Court's consideration of that motion;

ORDERED that the action styled *Bluestone Energy Sales Corporation et al v. Bank of North Carolina, et al*, No. 7:17-cv-00365-GEC (W.D. Va.) is hereby dismissed with prejudice; and

ORDERED that Pinnacle and any and all of its current and former parents, subsidiaries, affiliates, insurers, reinsurers, directors, officers, employees, agents, representatives, attorneys, and its respective heirs, executors, administrators, predecessors, successors and assigns are fully discharged and released from any obligations, liability, claims, rights, causes of action, or demands of whatever nature, whether known or unknown, foreseen or unforeseen, made by any of the defendants in this action or any of their current and former parents, subsidiaries, affiliates, insurers, reinsurers, directors, officers, employees, agents, representatives, attorneys, and their respective heirs, executors, administrators, predecessors, successors and assigns, relating to any claim of right or interest in the Disputed Funds and the response to the levies issued by the Internal Revenue Service.

ORDERED that

The Clerk is directed to forward a copy of this Order to all counsel of record by the CM/ECF system.

Respectfully submitted:

/s/ Johnathon E. Schronce
HUNTON ANDREWS KURTH LLP
Edward J. Fuhr (VSB # 28082)
efuhr@huntonAK.com
Eric H. Feiler (VSB # 44048)
efeiler@huntonAK.com
Johnathon E. Schronce (VSB #80903)
jschronce@huntonAK.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Counsel for Plaintiff Pinnacle Bank*


/s/ Aaron B. Houchens
STANLEY & HOUCHENS, LLC
Aaron B. Houchens
ahouchens@shg-law.com
13508 Booker T. Washington Highway
Moneta, Virginia 24121
Telephone: 570-721-6028
Facsimile: 570-721-6405

*Counsel for Defendants Bluestone Energy Sales Corporation, A&G Coal Corporation, Dynamic Energy, Inc., Justice Management Services, LLC, Kentucky Fuel Corporation, Nine Mile Mining, Inc., and Tams Management, Inc.*

3

/s/ Kyle L. Bishop
UNITED STATES DEPARTMENT OF JUSTICE
Kyle L. Bishop
Ryan O. McMonagle
Trial Attorneys, Tax Division
Kyle.L.Bishop@usdoj.gov
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-1878
Facsimile: 202-514-6866

*Counsel for Defendant the United States of America*

/s/ Jonathan Hauser
TROUTMAN SANDERS LLP
Jonathan Hauser (VSB #18688)
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7768
Facsimile: (757) 687-7768
jonathan.hauser@troutmansanders.com

*Counsel for Intervenor Carter Bank & Trust*

IT IS SO ORDERED. This case will continue on the remaining crossclaim by the United States of America. The remaining parties in the case are the United States, Bluestone Energy Sales Corporation, A&G Coal Corporation, Dynamic Energy, Inc., Justice Management Services, LLC, Kentucky Fuel Corporation, Nine Mile Mining, Inc., Tams Management, Inc., and intervenor Carter Bank & Trust.

Glen E. Conrad
Senior United States District Judge

Date: APRIL 26, 2018

4